PROB 12B
(7/93)

Report Date: April 30, 2012

# United States District Court

**for the**

**Eastern District of Washington**

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 01 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Tricia Lee Johnley            Case Number: 2:07CR02030-001

Name of Sentencing Judicial Officer: The Honorable William Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: July 14, 2008            Type of Supervision: Supervised Release

Original Offense: Possession of Stolen Mail and Aiding and Abetting, 18 U.S.C. §§ 2 & 1708

Date Supervision Commenced: November 15, 2011

Original Sentence: Prison - 46 Months;
                   TSR - 36 Months

Date Supervision Expires: November 14, 2014

## PETITIONING THE COURT

You shall contribute $60 each month while on supervised release to any unpaid portion of the Special Assessment and/or restitution.

### CAUSE

The Court's original order specified that the offender pay 10% of her income toward her unpaid financial obligations, which is a financial hardship for the offender. Ms. Johnley earns approximately $1,200 each month, and she is receiving food stamps. Her 20-year-old son is living with her and is unemployed. Her expenses include $525 for rent, $48 for electricity, $200 for a car payment, $50 for a telephone, $150 for gas, $35 for laundry, and $40 a month for miscellaneous items, such as toilet paper. She indicates that she owes $1,300 on her car, which is her transportation to work. Until her son becomes employed, and her car is paid off, she has about $150 left to pay for restitution and food.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/30/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

Prob 12B
Re:  Johnley, Tricia Lee
April 30, 2012
Page 2

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

5/1/12
_____
Date